

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,953

**EX PARTE JEROME WILLIAMS A/K/A ED WILLIAMS, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 2005-156 IN THE 421ST DISTRICT COURT
## FROM CALDWELL COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated kidnaping and was sentenced to 20 years' confinement on count one and 50 years' confinement on count two. The Thirteenth Court of Appeals affirmed his conviction. *Williams v. State*, No. 13-06-220-CR, (Tex. App. – Corpus Christi, 2007, no pet.) (Not designated for publication).

Applicant contends *inter alia* that his appellate counsel rendered ineffective assistance

because counsel failed to timely notify him of his right to petition for discretionary review *pro se.*

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely advise Applicant of his right to petition for discretionary review *pro se.* The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Thirteenth Court of Appeals in Cause No. 13-06-220-CR that affirmed his conviction in Case No. 2005-156 from the 421st Judicial District Court of Caldwell County. Applicant shall file his petition for discretionary review with the Thirteenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Applicant's remaining claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: June 25, 2008
Do not publish